UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Roy Alinsub and Millicent Viva, on behalf of themselves and all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) T-MOBILE, and ) T-MOBILE USA, ) ) Defendants. ) | Case No. 05-2300 MI An |

### ~~PROPOSED~~ pm ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO REMAND, FOR LEAVE OF COURT TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLAIMS AND COMPEL ARBITRATION OR, IN THE ALTERNATIVE, STAY PROCEEDINGS, AND FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF

The Court having considered Defendant's Motion for Extension of Time in Which to Respond to Plaintiff's Motion to Remand, for Leave of Court to File Reply Brief in Support of Defendant's Motion to Dismiss Plaintiff's Claim and Compel Arbitration or, in the Alternative, Stay Proceedings, and For Extension of Time in Which to File Reply Brief, and finding that the interest of justice will be served by the granting thereof,

IT IS ORDERED that:

1. Defendant T-Mobile USA is hereby granted an extension of time through and including Tuesday, July 12, 2005, in which to respond to Plaintiffs' Motion to Remand;

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-27-05



2. Defendant T-Mobile USA is hereby granted leave to file a reply memorandum in support of its Motion to Dismiss Plaintiffs' Claims and Compel Arbitration or, in the Alternative, Stay Proceedings; and

3. Defendant T-Mobile USA is hereby granted through and including Tuesday, July 12, 2005, in which to file said reply brief.

ENTERED THIS 21 DAY OF June, 2005.

Jon P. McCalla
Hon. Jon Phipps McCalla
United States District Judge

514466.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02300 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Christopher Jones
WYATT TARRANT & COMBS- Memphis P.O.
P.O. Box 775000
Memphis, TN 38177--500

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Mitchell Clark
LAW OFFICE OF J. MITCHELL CLARK
P.O. Box 2701
Corpus Christi, TX 78403

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT