IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ey___ D.C.

05 JUL 15 PM 4: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| Roy Alinsub and Millicent Viva, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 05-2300 Ml An |
| T-MOBILE, and T-MOBILE USA, | ) ) ) ) | |
| Defendants. | ) | |

## ~~PROPOSED~~ ORDER APPROVING ADMISSION
## *PRO HAC VICE* OF PETER KONTIO

IT APPEARING TO THE COURT that defendant's Motion for Admission *Pro Hac Vice* of Peter Kontio should be granted;

IT IS THEREFORE ORDERED that Peter Kontio is admitted *Pro Hac Vice* for the purpose of appearing on behalf of defendant T-Mobile USA, Inc. in the above-captioned litigation.

ENTERED this _15_ day of July, 2005.

_____
HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

515667.1   This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on _7-18-05_



## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel of record by causing a copy of same to be deposited in the United States Mail, postage prepaid, and properly addressed as follows:

Christopher L. Brown
88 Union Avenue, Suite 1400
Memphis, Tennessee 38103

This 8th day of July, 2005.

_____
Robert L. Crawford
Wyatt Tarrant & Combs LLP
1715 Aaron Brenner Driver
Suite 800
Memphis, TN 38120-4367

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02300 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Peter Kontio
ALSTON & BIRD
1201 W. Peachtreet St
Atlanta, GA 30309

Christopher Jones
WYATT TARRANT & COMBS- Memphis P.O.
P.O. Box 775000
Memphis, TN 38177--500

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Mitchell Clark
LAW OFFICE OF J. MITCHELL CLARK
P.O. Box 2701
Corpus Christi, TX 78403

Kristine McAlister Brown
ALSTON & BIRD
1201 W. Peachtreet St
Atlanta, GA 30309

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT