UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -3 AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Roy Alinsub and Millicent Viva, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE, and T-MOBILE USA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 05-2300 MI An

## ~~PROPOSED~~ ORDER CONTINUING SCHEDULING CONFERENCE

Upon plaintiffs' and defendant's Joint Motion to Continue Scheduling Conference and for good cause shown, this Court finds that said motion should be granted.

**IT IS THEREFORE ORDERED** that the Scheduling Conference in this case which is currently scheduled for July 27, 2005 is hereby continued until such time as the Court has ruled on Defendant's Motion to Dismiss Plaintiffs' Claims and Compel Arbitration and Plaintiffs' Motion to Remand with said conference to be rescheduled and the deadline for the submission of a Scheduling Order to be reset at such time.

_S. Thomas Anderson_
S. Thomas Anderson, Judge

_August 02, 2005_
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05

24

<a>
</a>

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02300 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

J. Mitchell Clark
LAW OFFICE OF J. MITCHELL CLARK
P.O. Box 2701
Corpus Christi, TX 78403

Kristine McAlister Brown
ALSTON & BIRD
1201 W. Peachtreet St
Atlanta, GA 30309

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Peter Kontio
ALSTON & BIRD
1201 W. Peachtreet St
Atlanta, GA 30309

Christopher Jones
WYATT TARRANT & COMBS- Memphis P.O.
P.O. Box 775000
Memphis, TN 38177--500

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT